PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>LARRY D. HUMPHREY<br><br>  Defendant. | Case No. 1:24-po-00142-SAB<br><br>[Citation #E1762593 – CA/51]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:24-po-00142-SAB [Citation #E1762593 – CA/51] against LARRY D. HUMPHREY, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 7, 2024              Respectfully submitted,

                                     PHILLIP A. TALBERT
                                     United States Attorney

                              By:    /s/ *Jeffrey A. Spivak*
                                     JEFFREY A. SPIVAK
                                     Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:24-po-00142-SAB [Citation #E1762593 – CA/51] against LARRY D. HUMPHREY be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **November 7, 2024**

STANLEY A. BOONE
United States Magistrate Judge